UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CYMEYON HILL, | No. 2:20-cv-0905-JAM-EFB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| STEVE WHITWORTH, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 18, 2020, the Magistrate Judge issued an order screening plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2). ECF No. 8. Plaintiff has filed a motion for reconsideration of that order. ECF No. 9.

Local Rule 303(f) provides that Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS ORDERED that, upon reconsideration, the order of the Magistrate Judge filed August 18, 2020, is AFFIRMED. The Clerk of the Court shall terminate ECF No. 9.

DATED: September 28, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE