UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE WHITWORTH, *et al*.<br><br>　　　　　Defendants. | Case No.   2:20-cv-00905-JAM-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>RESPONSE DUE WITHIN THIRTY DAYS |

　　　　On August 18, 2020, the previously assigned magistrate judge screened plaintiff's complaint, found that it failed to state a claim, and granted plaintiff thirty days to file an amended complaint. ECF No. 8. Instead of filing an amended complaint, plaintiff filed a motion for reconsideration of that order by the assigned district judge. ECF No. 9. The court denied plaintiff's motion on September 28, 2020. ECF No. 10. Although more than two months have passed, plaintiff has not filed an amended complaint.

　　　　To manage its docket effectively, the court imposes deadlines and requires litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, the court may dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a

duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given an opportunity to explain why the court should not dismiss his case for failure to prosecute and failure to state a claim.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff must show cause within thirty days of the date of entry of this order why the court should not dismiss his case for failure to state a claim and failure to prosecute.  Should plaintiff wish to continue with this lawsuit, plaintiff shall, within thirty days, file an amended complaint.

IT IS SO ORDERED.

Dated:    December 11, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE